IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL MUMFORD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 7:21CV00598 |
| ) | |
| ) | |
| J. D. BOSTIC, ET AL, ) | By: Hon. Michael F. Urbanski |
| ) | Chief United States District Judge |
| Defendant. ) | |

## ORDER

It is **ORDERED** that all non-dispositive pretrial motions in this case shall be hereby are **REFERRED** to United States Magistrate Judge Robert S. Ballou pursuant to 28 U.S.C. § 636(b)(1)(A).

Furthermore, it is **ORDERED** that all dispositive motions in this case shall be and hereby are **REFERRED** to United States Magistrate Judge Robert S. Ballou pursuant to 28 U.S.C. § 636(b)(1)(B).  Judge Ballou is directed to conduct such proceedings as will enable him to submit to this court proposed findings of fact, conclusions of law, and a recommended disposition of any pending dispositive motion.

The Clerk is directed to send a copy of this Order to Paul Mumford, plaintiff, pro se.

Enter this 26th day of April, 2022.

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge